# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bulldog Yoga Holdings LLC, on behalf of itself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Cincinnati Insurance Company,<br><br>Defendant. | Case No. 2:20-cv-02358-JMY<br><br>*Jury Trial Demanded* |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed,R,Civ,P. 41(a), plaintiff hereby voluntarily dismisses without prejudice its complaint. Defendant has not yet answered or moved for summary judgment. The class has not been certified. Defendant does not oppose this voluntary dismissal.

Dated: June 29, 2020

/s/ *Deborah R. Gross*
Deborah R. Gross, Esquire
Melissa C. Mazur, Esquire
KAUFMAN COREN & RESS P.C.
2001 Market Street, Ste 3900
Philadelphia PA 19103
(215) 735- 8700
dgross@kcr-law.com
mmazur@kcr-law.com

Counsel for Plaintiff


  /s/ *Lawrence M. Silverman*
Lawrence M. Silverman, Esquire
LITCHFIELD CAVO LLP
1515 Market Street, Suite 1220
Philadelphia, PA 19102
215-557-0111/Fax: 215-557-3771
silverman@litchfieldcavo.com

Counsel for Defendant